IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

  v.

Case No. 19-cv-344-jdp

SCHMIDT'S AUTO INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 12/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |